UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6913 MRW | Date | June 9, 2014 |
|---|---|---|---|
| Title | Carpinteyro v. Beard | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

   In February 2014, the Attorney General filed a motion to dismiss this habeas action. (Docket # 15.)  The Court issued an order informing Petitioner of the dismissal motion and requiring him to file his response to the motion by or before March 31.  (Docket # 19.)  The Court's order expressly informed Petitioner that his "failure to file a timely response may result in a recommendation that the action be dismissed with prejudice for failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b)."  The Court subsequently granted Petitioner's March request for an extension of time to respond to the motion until late April 2014.  (Docket # 21.)  Since then, however, Petitioner has not filed any response to the motion.

   Therefore, the Court orders Petitioner to show cause why the action should not be summarily dismissed.  Petitioner is required to file his response to the motion <u>and</u> an explanation as to the delay in filing his response by or before <u>June 30, 2014</u>.