# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROYLAN FIDEL CARPINTEYRO, | Case No. CV 13-6913 MRW |
| Petitioner, | ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| JEFFERY BEARD, Warden, | |
| Respondent. | |

This is a state habeas action. Petitioner pled no contest to an assault charge in 2011. He is currently serving a 5 year sentence in state prison.

Petitioner filed this action claiming several defects with his conviction and sentence. The Attorney General subsequently moved to dismiss the action. (Docket # 15.) After recounting Petitioner's extended litigation history in the state courts, the motion alleged that Petitioner's action was untimely under AEDPA, Tollett-barred due to Petitioner's plea, unexhausted, and unverified.

The Court informed Petitioner in February 2014 of his obligation to respond to the dismissal motion. (Docket # 19.) The Court specifically informed Petitioner

that the Court could consider the government's motion unopposed – and consented to – under the Local Rules unless Petitioner filed a response. The Court granted Petitioner's request in March 2014 for an extension of time to respond. (Docket # 20, 21.) However, Petitioner failed to file a response by the extended date. In June 2014, the Court issued an order to show cause why the action should not be dismissed. (Docket # 22.) Petitioner did not respond to that order, either. Petitioner has filed nothing in response to the government's motion or the Court's order to show cause in the intervening months.

\* \* \*

Local Rule of Court 7-12 states that, after a party files a motion with the Court, the failure to file a required response "may be deemed consent to the granting [ ] of the motion." That rule fully applies to the present dismissal motion. The Attorney General plausibly established that Petitioner's habeas action is untimely, unexhausted, and untenable due to his plea. (Docket # 15 and lodged documents.) Petitioner's failure to respond to the dismissal motion signifies his consent to the dismissal of the case.

Therefore, this action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: August 1, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE