# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FROYLAN FIDEL CARPINTEYRO, | ) | Case No. CV 13-6913 MRW |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| JEFFERY BEARD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 1, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE